FIDELITY & CASUALTY COMPANY, Appellant, v. STANDARD OIL COMPANY, Appellee.

No. 16402.

Circuit Court of Appeals, Sixth Circuit.
April 16, 1947.

Robert P. Hobson, of Louisville, Ky., for appellant.

Charles G. Middleton and Wm. Mellor, both of Louisville, Ky. (Bullitt & Middleton, of Louisville, Ky., of counsel), for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record briefs and arguments of counsel; and on consideration whereof, it is ordered and adjudged that the judgment appealed from be and the same is affirmed upon the grounds and for the reasons stated in the opinion of the District Court, 66 F.Supp. 603, filed August 2, 1946.

Philip B. FLEMING, Administrator, Office of Temporary Controls, v. LEAVENWORTH PACKING COMPANY.

No. 3515.

Circuit Court of Appeals, Tenth Circuit.
May 19, 1947.

David London, of Washington, D. C., Leonard M. Cox, of Dallas, Tex., and James B. Dockery, of St. Louis, Mo., for appellant.

Patrick W. Croker, of Kansas City, Mo., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal docketed and dismissed on motion of appellant.

Paul GIES, Appellant, v. UNITED STATES, Appellee.

No. 10480.

Circuit Court of Appeals, Sixth Circuit.
June 4, 1947.

Paul Gies, in pro. per.

John C. Lehr, of Detroit, Mich., for appellee.

Before HICKS and MILLER, Circuit Judges.

PER CURIAM.

The motion of appellant for extension of time to file record on appeal is hereby denied.

The motion of appellee to docket and dismiss the appeal is granted, and the appeal is hereby docketed and dismissed.